■ Thomas J. Weronski et al., Appellants, v State of New York, Respondent. (Claim No. 65996.)—Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Court of Claims, Moriarty, J. (Appeal from judgment of Court of Claims, Moriarty, J.—appropriation.) Present—Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.

■ Robert Kurz, Appellant, v John E. Nicolo, Respondent.—Order and judgment unanimously affirmed, with costs. Memorandum: We affirm for the reasons stated in the memorandum decision at Special Term (Willis, J.). We add only that plaintiff, in opposition to the motion for summary judgment, failed to submit proof in admissible form showing that the alleged slanderous remarks were in fact spoken by defendant. (Appeal from order and judgment of Supreme Court, Yates County, Willis, J.—summary judgment.) Present—Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.

■ Grand Island Central School District, Appellant, v Transcom Equipment Corp., Respondent.—Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Mintz, J. (Appeal from order of Supreme Court, Erie County, Mintz, J.—stay arbitration.) Present—Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ. [128 Misc 2d 858.]

■ Antoinette Mangano, Appellant, v Raymond A. Sabino et al., Respondents.—Order, insofar as appealed from, unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with the following memorandum: The court abused its discretion by imposing a money sanction; therefore, the order is modified to delete the sanction imposed upon plaintiff's counsel. (Appeal from order of Supreme Court, Oneida County, Tenney, J.—examination before trial.) Present —Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.